UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 1:12-cr-00097-SEB-MJD |
| HAITHAM MOHAMED, | ) | |
| Defendant. | ) | |

## JUDGMENT OF ACQUITTAL

Receipt of the Mandate from the Seventh Circuit having occurred, the prior judgment is VACATED and the Defendant is found NOT GUILTY of the offense charged in the Indictment.

Judgment of Acquittal is now entered. This cause is hereby dismissed.

**IT IS SO ORDERED.**     8/15/2014

                                               SARAH EVANS BARKER, JUDGE
                                               United States District Court
                                               Southern District of Indiana

Distribution:

Talha M. Khan
talha.khan@icemiller.com

Gwendolyn M. Beitz
gwendolyn_beitz@fd.org

Monica Foster
monica_foster@fd.org

Winfield D. Ong
winfield.ong@usdoj.gov